# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **ALTOR LOCKS, LLC,** a Virginia limited liability company,<br>                       *Plaintiff*,<br><br>vs.<br><br>**PROVEN INDUSTRIES, INC.**, a Florida corporation; **RONALD LEE, II**, as an individual,<br>                       *Defendants*. | CASE NO: 8:22-cv-00597-MSS-TGW |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff ALTOR LOCKS, LLC ("Plaintiff") and Defendants PROVEN INDUSTRIES, INC. and RONALD LEE, II ("Defendants"), having entered into a Settlement Agreement, by and through their respective counsel, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, this litigation, including all claims and defenses asserted herein, is voluntarily dismissed, with prejudice, with each settling party to bear its own costs and fees.

*RESPECTFULLY SUBMITTED* on January 9, 2023.

| | |
|---|---|
| */s/ Matthew Swihart*<br>Matthew Swihart, Esq.<br>Florida Bar No.: 42539<br>**STANTON IP LAW FIRM, PA**<br>201 E. Kennedy Blvd. Suite 1900<br>Tampa, Florida 33602 | */s/ Frank R. Jakes*<br>Frank R. Jakes, Esq<br>Florida Bar No.: 372226<br>**JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP**<br>401 E. Jackson Street, Suite 3100 |

| | |
|---|---|
| T: 813.421.3883<br>E: mswihart@stantoniplaw.com<br>(not for service)<br>S: service@stantoniplaw.com | Tampa, FL 33602<br>T: 813-225-2500<br>E: frankj@jpfirm.com<br>mday@jpfirm.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

# CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that true and correct copies of the document(s) identified below were served in the following manner to:

| DOCUMENT SERVED | STIPULATED DISMISSAL WITH PREJUDICE |
|---|---|
| DATE SERVED | JANUARY 9, 2023 |

| PERSON/ENTITY SERVED | DESIGNATION | SERVICE METHOD |
|---|---|---|
| Mark J. Young, Esq.<br>Fla. Bar No. 0078158<br>MARK YOUNG, P.A.<br>1638 Camden Avenue<br>Jacksonville, FL 32207<br>T: 904-996-8099<br>E: myoung@myoungpa.com | *Co-Counsel for Defendant, Proven Industries* | CMF/ECF |
| Frank R. Jakes, Esq<br>Fla. Bar No. 372226<br>JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP<br>401 E. Jackson Street, Suite 3100<br>Tampa, FL 33602<br>T: 813-225-2500<br>E: frankj@jpfirm.com<br>mday@jpfirm.com | *Co-Counsel for Defendant, Proven Industries and Counsel for Defendant Ronald Lee, II* | CMF/ECF |

| | | |
|---|---|---|
| Lance Johnson, Esq<br>*Pro Hac Vice*<br>JOHNSON LANCE, PLLC<br>12545 White Drive<br>Fairfax, Virginia 22030<br>T: 202-445-2000<br>E: lance@lgjlegal.com<br> Docketing@lgjlegal.com | *Co-Counsel for Plaintiff* | CMF/ECF |

      */s/ Matthew Swihart*
Matthew Swihart, Esquire
Florida Bar No.: 42539
**STANTON IP LAW FIRM, P.A.**
201 East Kennedy Boulevard, Suite 1900
Tampa, Florida 33602
T: 813-421-3883
E:  mswihart@stantoniplaw.com  (not for service)
S: service@stantoniplaw.com
*Counsel for Plaintiff*