# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**ALTOR LOCKS, LLC,**

    Plaintiff,

v.                                  Case No: 8:22-cv-597-MSS-MRM

**PROVEN INDUSTRIES, INC. and
RONALD LEE, II ,**

    **Defendants.**

___

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulated Dismissal with Prejudice, (Dkt. 68), the Parties' Stipulated Motion to Lift Preliminary Injunction, (Dkt. 69), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The Stipulated Motion, (Dkt. 69), is **GRANTED** and the Preliminary Injunction, (Dkt. 42), is **LIFTED.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 12th day of January 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party